UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN LIAN,

    Petitioner,

       v.

BRIAN ENGLISH,

    Respondent.

CAUSE NO. 3:26-CV-522-DRL-SJF

### ORDER

Immigration detainee John Lian, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. The court denied the petition, but Liam filed a motion to reconsider on June 16, 2026. ECF 10, ECF 13. In that motion, he represented that his removal to Burma was scheduled for May 12, 2026, and that he had been transferred to a staging facility but that he was transferred back to Miami Correctional Facility on June 12, 2026. *Id.* In response to the motion, the Warden submitted an affidavit indicating that Lian's removal had been rescheduled for July 28, 2026. ECF 14. On July 2, 2026, a court notice sent to Lian at the Miami Correctional Facility was returned as undeliverable because he was no longer at the Miami Correctional Facility. ECF 15.

In sum, the record indicates that the Lian's location has likely changed since the respondent filed the brief opposing the motion to reconsider and that his removal status

will soon change. Consequently, the court will order the respondent to file a supplemental status report as to Lian's current location and removal status.

For these reasons, the court ORDERS the Warden of the Miami Correctional Facility to file a supplemental status report by <u>July 31, 2026</u>.

SO ORDERED on July 16, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge