UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN LIAN,

       Petitioner,

       v.                                  CAUSE NO. 3:26cv522 DRL-SJF

BRIAN ENGLISH,

       Respondent.

<u>ORDER</u>

Immigration detainee John Lian, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. The court denied the petition, finding that he did not adequately demonstrate that he would not be removed to Burma in the reasonably foreseeable future. Mr. Lian filed a motion to reconsider on June 16, 2026. In the motion, he represented that his removal to Burma was scheduled for May 12, 2026, and that he had been transferred to a staging facility but that he was transferred back to Miami Correctional Facility on June 12, 2026. *Id.* In response to the motion, the Warden submitted an affidavit indicating that the government was unable to remove Mr. Lian in May due to logistical issues but that Lian's removal had been rescheduled for July 28, 2026. ECF 14. On July 31, 2026, the Warden filed a status report, notifying the court that Mr. Lian was removed on June 28, 2026. Given Mr. Lian's removal, the court declines to reconsider its prior finding regarding the foreseeability of removal.

For these reasons, the court DENIES the motion to reconsider (ECF 12).

SO ORDERED.

August 4, 2026                                    s/ Damon R. Leichty
                                                  Judge, United States District Court